

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

January 13, 2025

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Rivera, et al.*, S7 24 Cr. 231 (KMK)

Dear Judge Karas:

The Government writes respectfully to inform the Court that the Department of Justice has authorized this Office not to seek the death penalty against defendants Nazario Rolon and Iberson Jimenez, a/k/a "Prenda." Accordingly, as to each defendant in this case, the Government is authorized not to seek the death penalty.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By: /s/ Jared D. Hoffman
Jared D. Hoffman
Justin L. Brooke
Assistant United States Attorneys
Tel: (212) 637-1060 / (914) 993-1918

cc:   Counsel of Record (via ECF)